## United States Bankruptcy Court
## Central District Of California

| | |
|---|---|
| In re:<br>Arbella J Mata<br>aka Arbella Jenny Mata | CHAPTER NO.:  13 |
| | CASE NO.: 2:14–bk–27320–SK |

## ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 and 3015(b) AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

- ☐ Summary of Sch (Form B6 Pg 1)
- ☐ Schedule A (Form B6A)
- ☐ Schedule B (Form B6B)
- ☐ Schedule C (Form B6C)
- ☐ Schedule D (Form B6D)
- ☐ Schedule E (Form B6E)
- ☐ Schedule F (Form B6F)
- ☐ Schedule G (Form B6G)
- ☐ Schedule H (Form B6H)
- ☐ Schedule I (Form B6I)
- ☐ Schedule J (Form B6J)
- ☐ Decl Re Sched (Form B6)
- ☐ Stmt of Fin Affairs (Form B7)
- ☐ Statement (Form B22C)
- ☑ Chapter 13 Plan (LBR F3015–1)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rules 1007(c) and 3015(b), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1)    File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005–2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2)    File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**                                         **KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: September 10, 2014                                         **By: Cynthia Joyce Smith**
                                                                 **Deputy Clerk**

mdeforco – Revised 06/2014                                                              **5 – 1 / CJS**